

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2019

No. 04-19-00067-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Teresita **CRUZ**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI05398
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

Appellant's second motion for extension of time to file its brief is GRANTED. Appellant's brief is due on April 23, 2019. No further extensions will be granted absent extenuating circumstances.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court